IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>BRADLEY A. BUFFINGTON,<br><br>      Defendant. | **8:09CR292**<br><br>**ORDER** |

  Defendant Bradley A. Buffington appeared before the court on July 6, 2016 on a Petition for Warrant for Offender Under Supervision [38]. The defendant was represented by retained attorney Kevin A. Ryan, and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Tuesday, July 12, 2016. The government was represented by Assistant U.S. Attorney Michael P. Norris. The government did not oppose the defendant's proposal for release on current and modified conditions of supervision, therefore, the defendant will be released on the conditions stated on the record.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

  **IT IS ORDERED:**

  1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 23, 2016 at 8:30 a.m. Defendant must be present in person.

  2. The defendant is to be released on current and modified conditions of supervision.

  Dated this 12th day of July, 2016

                   BY THE COURT:

                   s/ F.A. Gossett, III
                   United States Magistrate Judge